IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. C 05-76 |
| vs. | ) | |
| TWENTY-FIVE THOUSAND, TWO HUNDRED THIRTY-EIGHT DOLLARS ($25,238.00) IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

## DECREE OF FORFEITURE

This matter comes before the Court on the United States' Motion for Summary Judgment and Motion for Decree of Forfeiture pursuant to Rule 56 of the Federal Rules of Civil Procedure.

On April 25, 2005, a Verified Complaint for Forfeiture in rem was filed against the defendant property, twenty-five thousand two hundred thirty-eight dollars ($25,238.00) in United States currency on behalf of the plaintiff United States of America.

The complaint alleges that the defendant currency was used or intended to be used in exchange for controlled substances or represents proceeds of trafficking in controlled substances in violation of 21 U.S.C. §§ 801 et seq. and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

The United States seeks a final decree of forfeiture against the defendant property, twenty-five thousand two hundred thirty-eight dollars ($25,238.00) in United States currency.

It appearing that process was fully issued in this action and returned according to law:

That on or about December 15, 2004, Kurt Moneypenny submitted a claim to the Drug Enforcement Administration (DEA) contesting the administrative forfeiture of the defendant currency. The claim was then referred to the U.S. Attorney's Office in the Northern District of Iowa to file a civil judicial forfeiture action against the defendant currency;

That upon referral to the United States Attorney's Office in the Northern District of Iowa, the United States filed the above-entitled civil action against the defendant currency on April 25, 2005.

That pursuant to a Warrant of Arrest in rem issued by this Court, the United States Marshals Service has retained custody of the defendant property;

That on May 13, 2005, May 20, 2005, and May 27, 2005, the United States published notice of the forfeiture in the Cedar Rapids Gazette, a newspaper having general circulation in the area that the illegal activities occurred and in which the defendant property was seized;

That on May 12, 2005, the United States Marshals Service personally served Attorney Charles Hallberg with a copy of the Verified Complaint for Forfeiture and the Warrant of Arrest in rem;

That on August 27, 2005, the United States Marshals Service served Kurt Moneypenny with a copy of the Verified Complaint for Forfeiture and the Warrant of

Arrest in rem by certified mail, return receipt;

No claims/statements of interest and answers have been filed in this civil judicial forfeiture action against the defendant currency;

NOW, therefore, on motion of the Plaintiff, United States of America, for Summary Judgment and a Decree of Forfeiture, the Court finds that judgment should be entered in favor of the Plaintiff, the United States of America.

IT IS THEREFORE ORDERED:

1. That the following property is hereby forfeited to the United States of America and no right, title or interest in the property shall exist in any other party;

> **twenty-five thousand two hundred thirty-eight dollars ($25,238.00) in United States currency seized on September 25, 2004, from Kurt Moneypenny in Cedar Rapids, Iowa.**

2. That the United States Marshals Service shall dispose of the defendant property, twenty-five thousand two hundred thirty-eight dollars ($25,238.00) in United States currency and shall deposit the property into the United States Marshals Asset Forfeiture fund to be disbursed according to the law.

Ordered this 12 day of October, 2005.

Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa