IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV05-0076LRR |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| TWENTY-FIVE THOUSAND TWO | ) | |
| HUNDRED THIRTY-EIGHT DOLLARS | ) | |
| ($25,238.00) IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

☐ ***JURY VERDICT***. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ ***DECISION BY COURT***: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the United States is entitled to judgment of forfeiture in the amount of $25,238.00 under 21 U.S.C. Section 881(a)(6).

Dated: 10/13/05

PRIDGEN J. WATKINS
Clerk

*Karen S. Yorgensen*

(By) Karen S. Yorgensen, Deputy Clerk